DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AKAMAI INVESTMENT ADVISORS, LLC,**
Appellant,

v.

**RPR401K, LLC** a/k/a **CONSULTING CONNECTIONS**
and **RANDY MYSEL,**
Appellees.

No. 4D22-1816

[March 9, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2020-SC-013040-XXXX-MB.

Timothy P. O'Neill of Pike & Lustig, LLP, West Palm Beach, for appellant.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***